IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| **v.** | **:** | |
| **MICHAEL GIAMO** | **:** | **NO. 11-620** |

## ORDER

AND NOW this 23rd day of December, 2015, for the reasons stated in the foregoing Memorandum and this Order:

1. Petitioner's Motion under 28 U.S.C. § 2255 is DENIED;

2. A Certificate of Appealability is GRANTED on the issue of ineffective counsel during the proffer process and whether Petition has shown prejudice.

3. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, J.

O:\Criminal Cases\11-620 Giamo, US v\11cr620.Order on PCRA.docx